UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARTIN E. MONTESANO, JUAN
MIGUEL OJEDA, and SERGIO
GONZALEZ on behalf of themselves
and all others similarly situated;
JOCENEL MEME, YOSVANY
MADRIGAL, ESNAYDE BELTRAN
HIDALGO, VICENTE AYALA
HERNANDEZ, GIONNY
CONTRERAS, SINESIO MUNOZ
LABRADA, CARMELO E.
MARTELO and all similarly situated
individuals who join this action,

    Plaintiffs,

v.

RW INSTALLATION INC., a Florida
profit corporation, RW GLAZING INC,
a Florida profit corporation and RW
GLAZING, LLC, a Texas limited-
liability company,

    Defendants.
_____/

Case No: 15-CV-22060
CLASS ACTION

**Consent to Join Collective Action under 29 U.S.C. § 216(b) and
To be Represented by Kelley/Uustal**

1. I, Ronald Cherenfant (full legal name), consent to join the above-captioned lawsuit seeking damages for unpaid overtime wages including claims brought under the Fair Labor Standards Act. I understand and

1

agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

2. I am similarly situated to the named plaintiffs because:

   a. I have done construction finishing work, such as installing windows, for RW INSTALLATION INC., RW GLAZING INC or RW GLAZING, LLC within the last three years; and

   b. I worked longer than 40 hours during at least one week in the last three years but was not paid at the overtime rate.

3. I authorize a steering committee composed of Martin E. Montesano, Juan Miguel Ojeda, and Sergio Gonzalez to file and prosecute the above-captioned matter in my name, and I designate the steering committee to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims. While the steering committee is expected to attempt to reach consensus on issues, a simple majority vote will control.

4. I agree to be represented by the law firms of Kelley/Uustal, PLC and Jose Javier Rodriguez, PA, counsel for the named plaintiffs.

5. If this case is conditionally certified and later decertified, I authorize the steering committee's counsel to reuse this consent form to re-file my claims in a separate or related action against RW INSTALLATION INC., RW GLAZING INC or RW GLAZING, LLC.

6.  I understand that it is illegal for any employer to take action against an individual for exercising their rights under the Fair Labor Standards Act such as by participating in this lawsuit.

Signature: _/s/_

Full legal name: Ronald cHerewfwnt

Date: 9/8/15

Address: 4816 NW 58TH ST TAMARAC FL. 33319

Jordan M. Lewis
Jose Javier Rodriguez
Kelley/Uustal
Courthouse Law Plaza
700 SE 3rd Ave, Third Floor
Ft. Lauderdale, FL 33316
t: 954.522.6601
f: 954.522.6608