UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARTIN E. MONTESANO, JUAN MIGUEL
OJEDA, and SERGIO GONZALEZ on behalf
of themselves and all others similarly situated;
JOCENEL MEME, YOSVANY MADRIGAL,
ESNAYDE BELTRAN HIDALGO, VICENTE
AYALA HERNANDEZ, GIONNY
CONTRERAS, SINESIO MUNOZ
LABRADA, CARMELO E. MARTELO and
all similarly situated individuals who join this
action,

    Plaintiffs,

v.

RW INSTALLATION INC., a Florida profit
corporation, RW GLAZING INC, a Florida
profit corporation and RW GLAZING, LLC, a
Texas limited-liability company,

    Defendants.
_____/

Case No: 15-cv-22060
Class Action

**AFFIDAVIT OF RONALD CHERENFANT**

    1. My name is Ronald Cherenfant and I am 45-years old. I am competent to testify and make this affidavit based on my personal knowledge.

    2. I have worked in the construction industry for approximately the last 17 years; and for approximately the last 3 years in windows installation.

    3. In approximately late August of 2013, a friend put me in touch with RW because I was looking for work. I went to an RW job site in downtown Miami and met with Robert Wszendybyl. I was hired in Miami to work for RW in Houston, Texas installing windows in commercial buildings and started work a few days later.

    4. I worked for RW installing windows for approximately 94 weeks until approximately

1

the end of June 2015.

5. From approximately early September 2013 until approximately late June 2015, I worked for RW installing windows at building in Houston, Texas.

6. While I worked for RW someone from the company, usually a foreman, provided us with tools and equipment and gave us our work and our schedule.

7. My regular hourly rate when I started worked for RW was $20.05 per hour until approximately October of 2014 when rate increased to $20.70 per hour.

8. During the time I worked for RW I worked an average of approximately 70 hours per week.

9. When I first started out RW paid me weekly with a check that included overtime pay, but in approximately February of 2014 RW stopped paying me at time-and-a-half for hours over 40. During this time RW paid me at my regular hourly rate for hours worked over 40 in a week. I was paid with two weekly checks, one check had deductions and a second check without deductions had my overtime hours in it. Even when the name of the company on the two checks was different, they were both from RW for the same work in the same week. Then, for approximately the last four weeks I worked for them, RW started including overtime pay again. During approximately the month of June 2015, RW paid me for time-and-a-half for hours over 40.

10. Based on the fact that my hourly rate was $20.05 per hour for approximately 56 weeks and then $20.70 per hour for approximately 38 weeks, that I was paid at my regular rate instead of at time-and-a-half for overtime hours during a period of approximately 68 weeks and that I worked an average of approximately 70 hours per week, an initial estimated calculation of the total unpaid half-time wages for the overtime hours I worked is $20,802.

11. In approximately early February of 2014, an RW superintendent named Francisco told

2

me that RW was going to stop paying overtime to those of us doing windows installations. Once RW stopped paying at time-and-a-half for overtime hours, I complained but was told RW would not pay overtime.

12. I believe that I am in a similar situation as my former co-workers who started this lawsuit since they did not receive overtime pay either.

13. I know that other former co-workers are in a similar situation as I am because my coworkers and I would talk about it. I do not currently remember the names of my former co-workers who were not paid overtime other than Jocenel Meme and former co-worker whose first names are Martin, Silvio, Ricardo, Rudy and Carlos.

STATE OF FLORIDA )
COUNTY OF BROWARD )

BEFORE ME, the undersigned authority, this 9th day of Sept, 2015, personally appeared Ronald Cheperant who is personally known _____ or produced identification Drivers Licens (type of identification produced _____) and upon being first duly sworn according to law, deposes and says that he executed the foregoing Affidavit and that the statements and allegations contained therein are true and correct to the best of his knowledge and belief.

Notary Public

My commission expires:



NANCY RUTH THOMPSON
MY COMMISSION #FF173116
EXPIRES October 30, 2018
(407) 398-0153   FloridaNotaryService.com