UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARTIN E. MONTESANO, JUAN MIGUEL
OJEDA, and SERGIO GONZALEZ on behalf of
themselves and all others similarly situated;
JOCENEL MEME, YOSVANY MADRIGAL,
ESNAYDE BELTRAN HIDALGO, VICENTE
AYALA HERNANDEZ, GIONNY
CONTRERAS, SINESIO MUNOZ LABRADA,
CARMELO E. MARTELO and all similarly
situated individuals who join this action,

CASE NO: 15-cv-22060-JAL
CLASS REPRESENTATION

   Plaintiffs,

      v.

RW INSTALLATION INC., a Florida profit
corporation, RW GLAZING INC., a Florida
profit corporation and RW GLAZING, LLC, a
Texas limited-liability company,

   Defendants.

_____/

## JOINT MOTION FOR SETTLEMENT APPROVAL

The Plaintiffs, by and through their undersigned counsel, and the Defendants, by and

through their undersigned counsel, notify the Court of the settlement of this matter and move for

an order approving the settlement reached at the settlement conference held before Magistrate

Judge Jonathan Goodman on September 29, 2015. In support of the same, the parties state as

follows:

  1.  Plaintiffs' complaint, filed on June 29, 2015, alleges that Defendants paid the

plaintiff laborers at their regular hourly rate, rather than at an overtime rate, for hours worked

over 40. They seek to recover under the Fair Labor Standards Act, 29 U.S.C. § 201 et. seq., and

under Chapter 22 of the Miami-Dade County Code of Ordinances.

  2.  Ten plaintiffs were named in the complaint and provided an initial estimate of

their wages owed in their Statement of Claim [DE 6]. Thirteen additional plaintiffs subsequently joined this action as opt-ins via the procedure outlined in the Court's *Notice of Court Procedures in Actions Brought Under the Fair Labor Standards Act* [DE 5] and provided an initial estimate of the unpaid half-time wages sought via affidavits filed with the Court [DE 22, 24, 29, 39, 41, 43, 46, 48, 50, 52, 55, 56 & 58].

3.      Defendants, in their Answer and Affirmative Defenses [DE 17] as well as in their Response to the Statement of Claim by Plaintiff [DE 18], denied responsibility for unpaid wages and raised defenses.

4.      Defendants, nevertheless, without admitting any liability, determined to amicably resolve this action considering the cost, time and uncertainty associated with the ongoing defense of this matter.

5.      Plaintiffs likewise determined that they prefer to amicably resolve this action considering the cost, time and uncertainty associated with ongoing litigation and considering Defendants' agreement to provide a significant portion of the amount they estimate to be owed.

6.      No discovery has been conducted other than the exchange of documents required by the *Notice of Court Procedures* and documents exchanged by the parties as part of informal settlement negotiations. The Plaintiffs have produced copies of weekly pay stubs they received and kept from the Defendant. The Defendants have produced documents including employer-maintained ledgers, time cards and other business records related to the Plaintiffs' claims.

7.      The parties have conducted sufficient investigation and exchange of information to allow counsel to evaluate the parties' claims and defenses and make recommendations regarding the resolution of this matter.

8.      The value of Plaintiffs' attorney's fees were determined according to the lodestar

approach, multiplying the number of hours reasonably expended by Plaintiffs' counsel by a reasonable hourly rate prevailing for similar services by lawyers of reasonably comparable skills, experience, and reputation in the relevant legal community.

9.    The parties reached a settlement at the Settlement Conference held before Magistrate Judge Jonathan Goodman on September 29, 2015 [DE 59], the terms of which were read into the record.

10.    As instructed in the Court's order entered on October 1, 2015 [DE 63], the parties attach the following:

    a.  Plaintiffs' billing records for this matter as Exhibit A;

    b.  Records substantiating Plaintiffs' attorney's fees as Exhibit B; and

    c.  A retainer agreement between one of the named Plaintiffs and counsel for the Plaintiffs, as Exhibit C.

11.    Rather than file the written settlement agreement, the parties have agreed to read the terms of the settlement agreement into the record during the Telephonic Fairness Hearing as permitted by the Court in its order entered on October 1, 2015.

WHEREFORE, for the reasons set forth above, the Plaintiffs and Defendants respectfully request that this Honorable Court enter an Order, after concluding the Telephonic Fairness Hearing, approving the parties' settlement agreement as a fair and reasonable resolution of a bona fide dispute under Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982).

Dated: October 7, 2015

| | |
|---|---|
| By: _/s/ Randee S. Schatz_____ <br> Randee S. Schatz, Esquire <br> **Randee S. Schatz, P.A.** <br> **Florida Bar No. 279900** <br> 220 Sunrise Avenue, Suite 209 <br> Palm Beach, FL  33480 <br> rsschatz@comcast.net <br> legal.service.RSS.PA@comcast.net <br> Telephone:  561/833-1846 <br> Facsimile:   561/833-1881 <br> <br> *Attorney for Defendants, RW Installation, Inc.;* <br> *RW Glazing, Inc.; and RW Glazing, LLC* | By: _/s/ Jordan M. Lewis_____ <br> Jordan M. Lewis, Esquire <br> Florida Bar No. 97997 <br> Jose J. Rodriguez <br> Florida Bar No. 29469 <br> **Kelley Uustal, PLC** <br> 700 S. E. 3rd Avenue, Suite 300 <br> Fort Lauderdale, Florida 33316 <br> jml@kulaw.com <br> jjr@kulaw.com <br> Telephone: (954) 522-6601 <br> Facsimile: (954) 522-6608 <br> <br> *Attorneys for Plaintiffs* |

EXHIBIT A

11:47 AM

10/07/15

Accrual Basis

**Kelley Uustal, PLC**
**Account QuickReport**
**All Transactions**

| Date | Name | Memo | Amount |
|------|------|------|--------|
| **1300 · Client Cost** | | | |
| **TEAM05** | | | |
| **Montesano v. RW Installations** | | | |
| 05/18/2015 | Clerk of Court Online E-Portal | Montesano Class Action | 400.00 |
| 06/10/2015 | West Law | Legal Research | 82.11 |
| 06/10/2015 | West Law | Legal Research | 68.26 |
| 06/15/2015 | Process Server Inc. | Service on RW Installation, Inc. on 06/06/15 | 42.85 |
| 06/15/2015 | Process Server Inc. | Service on RW Glazing, Inc. on 06/06/15 | 42.85 |
| 06/22/2015 | Process Server Inc. | Service on RW Glazing, LLC on 06/08/15 | 150.00 |
| 07/30/2015 | West Law | Legal Research | 9.94 |
| 07/31/2015 | PACER Service Center | Legal Research | 58.20 |
| 08/18/2015 | West Law | Legal Research | 2.34 |
| 10/06/2015 | E-Lit Technologies, Inc. | Scanning/Coding as of 10/06/15 | 484.78 |
| 10/06/2015 | Kelley/Uustal - Printing | Copies/Printing as of 10/06/15 | 378.81 |
| 10/06/2015 | Kelley/Uustal - Interest | Interest charged on client costs as of 10/06/15 | 13.78 |
| 10/06/2015 | West Law | Legal Research | 24.23 |
| 10/06/2015 | FedEx | Package from Yonesqui Vega | 30.22 |
| 10/07/2015 | | Case Related Parking Validation | 100.00 |
| 10/07/2015 | | Case Related Parking Validation | 10.00 |
| 10/07/2015 | Universal Language Services | Translation services | 825.00 |
| | Total Montesano v. RW Installations | | 2,723.37 |
| | Total TEAM05 | | 2,723.37 |
| | Total 1300 · Client Cost | | 2,723.37 |
| **TOTAL** | | | **2,723.37** |

EXHIBIT B

## Report for Montesano v. RW Installations  File No: 15-000172

### From 4/4/2015 to 10/1/2015

| Date | User | Explanation | Task Code | Activity Code | Time | Rate | Total |
|------|------|-------------|-----------|---------------|------|------|-------|
| 04/04/2015 | Jose J. Rodriguez | Meeting with individual client. | | Client | 0.2 | $400.00 | $80.00 |
| 04/04/2015 | Jose J. Rodriguez | Meeting with individual client. | | Client | 0.2 | $400.00 | $80.00 |
| 04/04/2015 | Jose J. Rodriguez | Meeting with individual client. | | Client | 0.2 | $400.00 | $80.00 |
| 04/04/2015 | Jose J. Rodriguez | Meeting with individual client. | | Client | 0.2 | $400.00 | $80.00 |
| 04/04/2015 | Jose J. Rodriguez | Meeting with individual client. | | Client | 0.2 | $400.00 | $80.00 |
| 04/04/2015 | Jose J. Rodriguez | Meeting with individual client. | | Client | 0.2 | $400.00 | $80.00 |
| 04/04/2015 | Jose J. Rodriguez | Meeting with individual client. | | Client | 0.2 | $400.00 | $80.00 |
| 04/04/2015 | Jose J. Rodriguez | Meeting with individual client. | | Client | 0.2 | $400.00 | $80.00 |
| 04/04/2015 | Jose J. Rodriguez | Meeting with individual client. | | Client | 0.2 | $400.00 | $80.00 |
| 04/04/2015 | Jose J. Rodriguez | Meeting with individual client. | | Client | 0.2 | $400.00 | $80.00 |
| 04/04/2015 | Jose J. Rodriguez | Meeting with individual client. | | Client | 0.2 | $400.00 | $80.00 |
| 04/13/2015 | Jose J. Rodriguez | Conduct research re FLSA overtime and coverage under FLSA. | | | 0.5 | $400.00 | $200.00 |
| 04/13/2015 | Jose J. Rodriguez | Telephone conf. with individual client. | | | 0.1 | $400.00 | $40.00 |
| 04/14/2015 | Jose J. Rodriguez | Draft complaint. | | | 1.4 | $400.00 | $560.00 |
| 04/17/2015 | Jose J. Rodriguez | Draft complaint. | | | 0.75 | $400.00 | $300.00 |
| 04/17/2015 | Jose J. Rodriguez | Conduct research related to FLSA joinder and consent forms. | | | 1 | $400.00 | $400.00 |
| 04/19/2015 | Jose J. Rodriguez | Draft complaint. | | | 1.1 | $400.00 | $440.00 |
| 04/19/2015 | Jose J. Rodriguez | Conduct research related to payment schemes involving two checks. | | | 0.7 | $400.00 | $280.00 |
| 04/19/2015 | Jose J. Rodriguez | Conduct research related to 29 U.S.C. §203(r)(1). | | | 1.4 | $400.00 | $560.00 |
| 04/20/2015 | Jaclyn Bandemer | opened new case | | | 0.25 | $29.00 | $7.25 |
| 04/21/2015 | Jose J. Rodriguez | Review and analyze Ch. 22, Miami Dade County Code | | | 0.2 | $400.00 | $80.00 |
| 04/21/2015 | Jose J. Rodriguez | Draft complaint. | | | 2.3 | $400.00 | $920.00 |
| 04/22/2015 | Jose J. Rodriguez | Analyze caselaw re FLSA collective action. | | | 0.5 | $400.00 | $200.00 |
| 04/22/2015 | Jose J. Rodriguez | Analyze caselaw interpreting 29 U.S.C. §203. | | | 0.7 | $400.00 | $280.00 |
| 04/26/2015 | Jose J. Rodriguez | Draft complaint. | | | 0.4 | $400.00 | $160.00 |

| Date | User | Explanation | Task Code | Activity Code | Time | Rate | Total |
|------|------|-------------|-----------|---------------|------|------|-------|
| 04/30/2015 | Jose J. Rodriguez | Telephone conf. with client MM | | | 0.1 | $400.00 | $40.00 |
| 04/30/2015 | Jose J. Rodriguez | Telephone conf. with client SM | | | 0.1 | $400.00 | $40.00 |
| 04/30/2015 | Jose J. Rodriguez | Conduct research and analyze caselaw construing Ch. 22 Miami-Dade Code and review Case 1:12-cv-21111 | | | 1 | $400.00 | $400.00 |
| 04/30/2015 | Jose J. Rodriguez | Conduct research re Florida long arm jurisdiction | | | 0.5 | $400.00 | $200.00 |
| 04/30/2015 | Jose J. Rodriguez | Review and analyze documentation from clients | | | 1.6 | $400.00 | $640.00 |
| 05/04/2015 | Jose J. Rodriguez | Draft op-in form | | | 0.4 | $400.00 | $160.00 |
| 05/04/2015 | Jose J. Rodriguez | Telephone conf. with client JM | | | 0.2 | $400.00 | $80.00 |
| 05/04/2015 | Jose J. Rodriguez | Telephone conf. with client MM | | | 0.2 | $400.00 | $80.00 |
| 05/04/2015 | Jose J. Rodriguez | Telephone conf. with client SM | | | 0.1 | $400.00 | $40.00 |
| 05/05/2015 | Jose J. Rodriguez | conduct research re statute of limitations on Ch. 22 actions | | | 0.1 | $400.00 | $40.00 |
| 05/10/2015 | Jose J. Rodriguez | Draft (finalize) complaint | | | 3.6 | $400.00 | $1,440.00 |
| 05/11/2015 | Jose J. Rodriguez | Telephone conf. with client MM | | | 0.1 | $400.00 | $40.00 |
| 05/12/2015 | Jose J. Rodriguez | review Order in Actions Brought Under the Fair Labor Standards Act and prepare responsive material | | | 0.9 | $400.00 | $360.00 |
| 05/13/2015 | Jose J. Rodriguez | Conduct research Rule 23 cert standards | | | 0.5 | $400.00 | $200.00 |
| 05/13/2015 | Jose J. Rodriguez | review client records and prepare client correspondence/questionnaire | | | 1.6 | $400.00 | $640.00 |
| 05/14/2015 | Jose J. Rodriguez | Prepare clients' affidavits | | | 1.5 | $400.00 | $600.00 |
| 05/14/2015 | Jose J. Rodriguez | Conduct research re authentication of evidence | | | 0.2 | $400.00 | $80.00 |
| 05/16/2015 | Jose J. Rodriguez | Prepare clients' affidavits and accompanying correspondence/questionnaire | | | 1.1 | $400.00 | $440.00 |
| 05/18/2015 | Jose J. Rodriguez | Telephone conf. with client SML | | | 0.1 | $400.00 | $40.00 |
| 05/19/2015 | Jose J. Rodriguez | Meeting w class representatives | | | 2.3 | $400.00 | $920.00 |
| 05/20/2015 | Jose J. Rodriguez | Telephone conf. with client SML | | | 0.4 | $400.00 | $160.00 |
| 05/20/2015 | Jose J. Rodriguez | Telephone conf. with client EBH | | | 0.3 | $400.00 | $120.00 |
| 05/20/2015 | Jose J. Rodriguez | Telephone conf. with client JM | | | 0.6 | $400.00 | $240.00 |
| 05/21/2015 | Jose J. Rodriguez | review client records | | | 0.5 | $400.00 | $200.00 |
| 05/21/2015 | Jose J. Rodriguez | Prepare (finalize) affidavits and client questionnaire | | | 0.4 | $400.00 | $160.00 |

| Date | User | Explanation | Task Code | Activity Code | Time | Rate | Total |
|------|------|-------------|-----------|---------------|------|------|-------|
| 05/28/2015 | Jordan M. Lewis | review draft complaint and consents, correspondence to JJR concerning case issues | | | 0.75 | $700.00 | $525.00 |
| 05/28/2015 | Jordan M. Lewis | review JJR filing instructions, correspondence re filing instructions | | | 0.3 | $700.00 | $210.00 |
| 06/03/2015 | Jose J. Rodriguez | review court order re FLSA procedures | | | 0.1 | $400.00 | $40.00 |
| 06/12/2015 | Jose J. Rodriguez | Draft statement of cliam | | | 0.6 | $400.00 | $240.00 |
| 06/13/2015 | Jose J. Rodriguez | Telephone conf. with client VAH | | | 0.1 | $400.00 | $40.00 |
| 06/13/2015 | Jose J. Rodriguez | Telephone conf. with client GC | | | 0.1 | $400.00 | $40.00 |
| 06/16/2015 | Jose J. Rodriguez | Draft statement of claim | | | 0.5 | $400.00 | $200.00 |
| 06/23/2015 | Jose J. Rodriguez | Telephone conf. with client YM | | | 0.2 | $400.00 | $80.00 |
| 06/24/2015 | Jose J. Rodriguez | Telephone conf. with client MACM | | | 0.2 | $400.00 | $80.00 |
| 06/24/2015 | Jose J. Rodriguez | Telephone conf. with client CM. | | | 0.2 | $400.00 | $80.00 |
| 06/26/2015 | Jordan M. Lewis | review and respond to correspondence from opposing counsel seeking extension | | | 0.2 | $700.00 | $140.00 |
| 06/30/2015 | Jose J. Rodriguez | prepare revised correspondence serving documents required by order dated 6/3/15 | | | 0.1 | $400.00 | $40.00 |
| 07/06/2015 | Jordan M. Lewis | multiple exchanges w cocounsel concerning pleading requirements | | | 0.4 | $700.00 | $280.00 |
| 07/06/2015 | Jose J. Rodriguez | Telephone conf. with opt-in client | | | 0.1 | $400.00 | $40.00 |
| 07/07/2015 | Jose J. Rodriguez | Telephone conf. with opt-in client | | | 0.6 | $400.00 | $240.00 |
| 07/07/2015 | Jose J. Rodriguez | prepare opt-in client affidavits per order 6/3 | | | 0.7 | $400.00 | $280.00 |
| 07/08/2015 | Jose J. Rodriguez | prepare opt-in client affidavits per order 6/3 | | | 1.1 | $400.00 | $440.00 |
| 07/08/2015 | Jose J. Rodriguez | review records provided by opt-in clients | | | 0.3 | $400.00 | $120.00 |
| 07/09/2015 | Jose J. Rodriguez | Telephone conf. with opt-in client | | | 0.1 | $400.00 | $40.00 |
| 07/09/2015 | Jose J. Rodriguez | Telephone confs. with opt-in clients | | | 0.6 | $400.00 | $240.00 |
| 07/09/2015 | Jose J. Rodriguez | Telephone conf. with opt-in client | | | 0.3 | $400.00 | $120.00 |
| 07/09/2015 | Jose J. Rodriguez | Telephone conf. with opt-in client | | | 0.2 | $400.00 | $80.00 |
| 07/09/2015 | Jose J. Rodriguez | Telephone confs. with opt-in clients | | | 0.7 | $400.00 | $280.00 |
| 07/09/2015 | Jose J. Rodriguez | Telephone confs. with opt-in clients | | | 0.6 | $400.00 | $240.00 |
| 07/09/2015 | Jose J. Rodriguez | prepare opt-in client affidavits per order 6/3 | | | 2 | $400.00 | $800.00 |

| Date | User | Explanation | Task Code | Activity Code | Time | Rate | Total |
|------|------|-------------|-----------|---------------|------|------|-------|
| 07/09/2015 | Jose J. Rodriguez | Telephone conf. with opt-in client | | | 0.2 | $400.00 | $80.00 |
| 07/10/2015 | Jose J. Rodriguez | meet with opt-in client | | | 0.5 | $400.00 | $200.00 |
| 07/10/2015 | Jose J. Rodriguez | prepare written correspondence with several opt-in clients | | | 0.4 | $400.00 | $160.00 |
| 07/10/2015 | Jose J. Rodriguez | Telephone confs. with opt-in clients | | | 0.6 | $400.00 | $240.00 |
| 07/10/2015 | Jose J. Rodriguez | prepare opt-in client affidavits per order 6/3 | | | 1 | $400.00 | $400.00 |
| 07/11/2015 | Jordan M. Lewis | review correspondence from cocounsel concerning filing requirements | | | 0.1 | $700.00 | $70.00 |
| 07/13/2015 | Jordan M. Lewis | correspondence re scheduling mediation | | | 0.1 | $700.00 | $70.00 |
| 07/14/2015 | Jose J. Rodriguez | Telephone confs. with opt-in clients | | | 0.3 | $400.00 | $120.00 |
| 07/15/2015 | Jose J. Rodriguez | Telephone conf. with opt-in client | | | 0.3 | $400.00 | $120.00 |
| 07/15/2015 | Jose J. Rodriguez | Telephone conf. with opt-in client | | | 0.2 | $400.00 | $80.00 |
| 07/15/2015 | Jose J. Rodriguez | Meet with opt-in client | | | 0.4 | $400.00 | $160.00 |
| 07/15/2015 | Jose J. Rodriguez | Review and analyze Defs' answer and response to statement of claim | | | 0.4 | $400.00 | $160.00 |
| 07/15/2015 | Jose J. Rodriguez | Review documents produced by Defs | | | 0.2 | $400.00 | $80.00 |
| 07/15/2015 | Jose J. Rodriguez | Review and analyze court orders including deadlines | | | 0.5 | $400.00 | $200.00 |
| 07/15/2015 | Jose J. Rodriguez | review opt-in client records | | | 0.1 | $400.00 | $40.00 |
| 07/15/2015 | Jose J. Rodriguez | prepare correspondence to opt-in client | | | 0.1 | $400.00 | $40.00 |
| 07/17/2015 | Jose J. Rodriguez | Telephone conf. with opposing counsel | | | 0.1 | $400.00 | $40.00 |
| 07/22/2015 | Jose J. Rodriguez | Telephone conf. with class reps | | | 0.2 | $400.00 | $80.00 |
| 07/22/2015 | Jose J. Rodriguez | Telephone conf. with opt-in clients | | | 0.2 | $400.00 | $80.00 |
| 07/22/2015 | Jose J. Rodriguez | Review client records and draft computation of damages | | | 0.3 | $400.00 | $120.00 |
| 07/24/2015 | Jose J. Rodriguez | Telephone conf. with client | | | 0.2 | $400.00 | $80.00 |
| 07/24/2015 | Jose J. Rodriguez | JJR and NT staff meeting to review deadlines and prepare court filings | | | 0.3 | $400.00 | $120.00 |
| 07/29/2015 | Jose J. Rodriguez | Prepare amended complaint, motion and proposed order | | | 0.75 | $400.00 | $300.00 |
| 07/29/2015 | Jose J. Rodriguez | correspondence with opposing counsel re amendment to complaint | | | 0.2 | $400.00 | $80.00 |

| Date | User | Explanation | Task Code | Activity Code | Time | Rate | Total |
|------|------|-------------|-----------|---------------|------|------|-------|
| 07/29/2015 | Jose J. Rodriguez | review documents produced by defendants | | | 0.2 | $400.00 | $80.00 |
| 07/29/2015 | Jose J. Rodriguez | prepare damages computation and confidential conference statement per orders DE5 & DE16 | | | 2.7 | $400.00 | $1,080.00 |
| 07/31/2015 | Jordan M. Lewis | JML and JJR meeting to discuss mediation and posture of case | | | 0.2 | $700.00 | $140.00 |
| 07/31/2015 | Jose J. Rodriguez | Telephone conferences with opposing counsel to discuss settlement and amendment of complaint | | | 0.5 | $400.00 | $200.00 |
| 07/31/2015 | Jose J. Rodriguez | JML and JJR meeting to discuss mediation and posture of case | | | 0.2 | $400.00 | $80.00 |
| 07/31/2015 | Jose J. Rodriguez | Review file and draft correspondence to clients | | | 0.2 | $400.00 | $80.00 |
| 08/01/2015 | Jose J. Rodriguez | review and analyze documents produced by Defense counsel, perform calculations | | | 1.9 | $400.00 | $760.00 |
| 08/02/2015 | Jose J. Rodriguez | Telephone confs. with clients and class reps | | | 0.4 | $400.00 | $160.00 |
| 08/02/2015 | Jose J. Rodriguez | prepare documents and correspondence to Defense counsel regarding damages calculations | | | 0.7 | $400.00 | $280.00 |
| 08/04/2015 | Jordan M. Lewis | correspondence re mediation | | | 0.75 | $700.00 | $525.00 |
| 08/04/2015 | Jose J. Rodriguez | finalize and send Confidential Settlement Conference Statement | | | 0.3 | $400.00 | $120.00 |
| 08/05/2015 | Jose J. Rodriguez | prepare amended complaint by consent for filing | | | 0.3 | $400.00 | $120.00 |
| 08/05/2015 | Jose J. Rodriguez | review and analyze documents produced by Defendants | | | 0.3 | $400.00 | $120.00 |
| 08/05/2015 | Jose J. Rodriguez | Telephone conf. with client | | | 0.1 | $400.00 | $40.00 |
| 08/05/2015 | Jose J. Rodriguez | Telephone conf. with opposing counsel regarding computation of damages and settlement | | | 0.5 | $400.00 | $200.00 |
| 08/05/2015 | Jose J. Rodriguez | prepare joint stipulation regarding amended complaint | | | 0.2 | $400.00 | $80.00 |
| 08/07/2015 | Jose J. Rodriguez | Telephone confs. with clients regarding status of case | | | 0.2 | $400.00 | $80.00 |
| 08/09/2015 | Jose J. Rodriguez | review records produced by defendants and perform damages calculations | | | 4.1 | $400.00 | $1,640.00 |
| 08/09/2015 | Jose J. Rodriguez | conduct/prepare fact and legal analysis regarding settlement | | | 0.3 | $400.00 | $120.00 |
| 08/10/2015 | Jose J. Rodriguez | Telephone conf. with client | | | 0.1 | $400.00 | $40.00 |
| 08/11/2015 | Jose J. Rodriguez | review court deadlines and conduct case planning with staff | | | 0.4 | $400.00 | $160.00 |
| 08/11/2015 | Jose J. Rodriguez | Telephone conf. with client | | | 0.1 | $400.00 | $40.00 |

| Date | User | Explanation | Task Code | Activity Code | Time | Rate | Total |
|------|------|-------------|-----------|---------------|------|------|-------|
| 08/11/2015 | Jose J. Rodriguez | review records produced by defendants and perform damages calculations | | | 0.5 | $400.00 | $200.00 |
| 08/11/2015 | Jose J. Rodriguez | conduct/prepare fact and legal analysis regarding settlement | | | 0.2 | $400.00 | $80.00 |
| 08/12/2015 | Jose J. Rodriguez | conduct search and review of related matters and prepare notice of pendency of other action per court order | | | 0.4 | $400.00 | $160.00 |
| 08/13/2015 | Jose J. Rodriguez | review records produced by defendants and perform damages calculations | | | 1.9 | $400.00 | $760.00 |
| 08/13/2015 | Jose J. Rodriguez | conduct/prepare fact and legal analysis regarding settlement | | | 0.5 | $400.00 | $200.00 |
| 08/17/2015 | Jordan M. Lewis | prepare and conduct scheduling conference w opposing counsel | | | 1 | $700.00 | $700.00 |
| 08/17/2015 | Jose J. Rodriguez | review and draft corresondence with co-counsel JML | | | 0.2 | $400.00 | $80.00 |
| 08/17/2015 | Jose J. Rodriguez | Co-counsel tel. conf. JML and JJR | | | 0.2 | $400.00 | $80.00 |
| 08/17/2015 | Jose J. Rodriguez | Conduct research related to Rule 41 | | | 0.3 | $400.00 | $120.00 |
| 08/18/2015 | Jose J. Rodriguez | tel confs w clients | | | 0.2 | $400.00 | $80.00 |
| 08/19/2015 | Jordan M. Lewis | t/c w opposing counsel re scheduling issues, draft proposed scheduling documents | | | 1.3 | $700.00 | $910.00 |
| 08/19/2015 | Jose J. Rodriguez | tel confs w clients | | | 0.1 | $400.00 | $40.00 |
| 08/20/2015 | Jose J. Rodriguez | draft correspondence to opposing counsel regarding settlement and records | | | 0.4 | $400.00 | $160.00 |
| 08/27/2015 | Jose J. Rodriguez | tel conf. w opposing counsel to review records and discuss settlement | | | 0.8 | $400.00 | $320.00 |
| 08/31/2015 | Jose J. Rodriguez | tel. conf. w opt-in client | | | 0.3 | $400.00 | $120.00 |
| 09/02/2015 | Jose J. Rodriguez | Review requirements of Rule 26 | | | 0.3 | $400.00 | $120.00 |
| 09/02/2015 | Jose J. Rodriguez | tel. conf. with plaintiff | | | 0.2 | $400.00 | $80.00 |
| 09/03/2015 | Jose J. Rodriguez | draft correspondence to opposing counsel | | | 0.1 | $400.00 | $40.00 |
| 09/03/2015 | Jose J. Rodriguez | tel. confs. with clients | | | 0.2 | $400.00 | $80.00 |
| 09/03/2015 | Jose J. Rodriguez | tel. confs. with opt-in clients | | | 0.7 | $400.00 | $280.00 |
| 09/04/2015 | Jose J. Rodriguez | meet with opt-in client | | | 0.3 | $400.00 | $120.00 |
| 09/04/2015 | Jose J. Rodriguez | prepare affidavits for opt-in clients | | | 0.8 | $400.00 | $320.00 |
| 09/04/2015 | Jose J. Rodriguez | meet with opt-in client | | | 0.3 | $400.00 | $120.00 |
| 09/08/2015 | Jose J. Rodriguez | tel. conf. w client | | | 0.1 | $400.00 | $40.00 |

| Date | User | Explanation | Task Code | Activity Code | Time | Rate | Total |
|------|------|-------------|-----------|---------------|------|------|-------|
| 09/08/2015 | Jose J. Rodriguez | Prepare opt-in client affidavit | | | 0.6 | $400.00 | $240.00 |
| 09/08/2015 | Jose J. Rodriguez | meet with opt-in client | | | 0.8 | $400.00 | $320.00 |
| 09/10/2015 | Jose J. Rodriguez | tel. conf. with opt-in client | | | 0.1 | $400.00 | $40.00 |
| 09/10/2015 | Jose J. Rodriguez | review notes and prepare for call with opposing counsel | | | 0.4 | $400.00 | $160.00 |
| 09/15/2015 | Jose J. Rodriguez | tel. conf. w client | | | 0.1 | $400.00 | $40.00 |
| 09/15/2015 | Jose J. Rodriguez | tel. conf. w opposing counsel regarding settlement and exchange of documents | | | 0.5 | $400.00 | $200.00 |
| 09/15/2015 | Jose J. Rodriguez | tel. conf. w opt-in client | | | 0.1 | $400.00 | $40.00 |
| 09/18/2015 | Jose J. Rodriguez | Review client time records | | | 0.2 | $400.00 | $80.00 |
| 09/18/2015 | Jose J. Rodriguez | tel. conf. with opt-in plaintiff | | | 0.2 | $400.00 | $80.00 |
| 09/21/2015 | Jose J. Rodriguez | review docket, deadlines and court orders | | | 0.4 | $400.00 | $160.00 |
| 09/21/2015 | Jose J. Rodriguez | tel. conf. with opt-in plaintiff | | | 0.2 | $400.00 | $80.00 |
| 09/22/2015 | Jose J. Rodriguez | Prepare correspondence to opposing counsel regarding settlement and records | | | 0.4 | $400.00 | $160.00 |
| 09/22/2015 | Jose J. Rodriguez | Review and analyze records provided by opposing counsel and perform calculations | | | 1.9 | $400.00 | $760.00 |
| 09/24/2015 | Jose J. Rodriguez | Meeting with opt-in plaintiff | | | 0.3 | $400.00 | $120.00 |
| 09/24/2015 | Jose J. Rodriguez | Meeting with opt-in plaintiff | | | 0.3 | $400.00 | $120.00 |
| 09/24/2015 | Jose J. Rodriguez | Meeting with opt-in plaintiff | | | 0.3 | $400.00 | $120.00 |
| 09/24/2015 | Jose J. Rodriguez | Meeting with opt-in plaintiff | | | 0.4 | $400.00 | $160.00 |
| 09/24/2015 | Jose J. Rodriguez | Meeting with opt-in plaintiff | | | 0.4 | $400.00 | $160.00 |
| 09/24/2015 | Jose J. Rodriguez | Prepare opt-in plaintiff affidavits per order DE 3 | | | 2.1 | $400.00 | $840.00 |
| 09/24/2015 | Jose J. Rodriguez | Call with opposing counsel re settlement and employer records | | | 0.4 | $400.00 | $160.00 |
| 09/24/2015 | Jose J. Rodriguez | Tel. conf. with opt-in plaintiffs. | | | 0.2 | $400.00 | $80.00 |
| 09/28/2015 | Jose J. Rodriguez | Meet with opt-in plaintiff | | | 0.5 | $400.00 | $200.00 |
| 09/28/2015 | Jose J. Rodriguez | Prepare opt-in plaintiff affidavit per order DE 3 | | | 0.3 | $400.00 | $120.00 |
| 09/30/2015 | Jordan M. Lewis | prepare and participate in case mediation | | | 8 | $700.00 | $5,600.00 |
| 09/30/2015 | Jose J. Rodriguez | Prepare for csae mediation. | Preparation | | 1.5 | $400.00 | $600.00 |
| 10/01/2015 | Jose J. Rodriguez | Participate in case mediation. | | | 5.5 | $400.00 | $2,200.00 |

| Date | User | Explanation | Task Code | Activity Code | Time | Rate | Total |
|------|------|-------------|-----------|---------------|------|------|-------|
| | | | | **Total Hours:** | 102.65 | | |
| | | | | **Total Bill:** | | | $44,897.25 |

EXHIBIT C

# Kelley/Uustal

## Retainer Agreement, Contingent Fee Contract,
## Power of Attorney and Authority To Represent

_Carmelo E Martelo_ ("CLIENT") and the law offices of KELLEY/UUSTAL, PLC ("CLASS ACTION COUNSEL") hereby agree as follows:

### I. ENGAGEMENT

CLIENT engages CLASS ACTION COUNSEL to represent CLIENT, in the matters arising from the actions of _____ _RW Installation_

and other defendants, if necessary, in regard to _wage violations And overtime._
_____. It is expressly understood and agreed by CLIENT, and by all parties to this Agreement, that CLIENT appoints CLASS ACTION COUNSEL to represent CLIENT in all matters governed by this Engagement.

### II. REPRESENTATION

CLASS ACTION COUNSEL agrees to render legal services pursuant to this Engagement and shall act herein, as CLIENT'S attorneys in the matter arising out of the aforementioned matter. CLASS ACTION COUNSEL shall perform legal services for CLIENT, keep CLIENT informed of progress and developments, and respond to CLIENT'S inquiries. CLIENT acknowledges and understands that CLASS ACTION COUNSEL might not be successful in their representation of CLIENT, and that CLASS ACTION COUNSEL have made no statements, promises, or guarantees concerning the outcome of this Engagement. CLIENT also agrees to be truthful and cooperative with CLASS ACTION COUNSEL and to keep them reasonably informed of developments regarding the engagement.

### III. REPRESENTATIVE ACTION

CLASS ACTION COUNSEL agrees to represent CLIENT as a named plaintiff and putative and/or certified class representative in a class action to be filed against the above-written defendants, and other defendants, if necessary, in regard to the matters set forth above. CLIENT is willing to act as class representative, and understands that a class representative is obligated to deal fairly with all absent class members during the pendency of each such class action, including any settlement discussions. CLIENT understands that a class action can only be maintained if the Court determines that all legal requirements for such an action are satisfied. In the event the Court determines that CLIENT is not an adequate class representative and cannot represent a class or that the claims cannot be maintained as a class action, CLIENT acknowledges and understands that CLASS ACTION COUNSEL may, in their sole discretion, elect not to pursue CLIENT'S claims on an individual basis.

### IV. ATTORNEYS' FEES

A. CLIENT is entering into a contingency fee contract, which means attorneys' fees are payable out of the total recovery CLIENT obtains. CLIENT will have no individual responsibility to CLASS ACTION COUNSEL for the payment

of any fees or expenses for the legal representation required to prosecute the claims asserted on the CLIENT's or the Class's behalf, except as set forth in subsections B and C below.

B.  I understand that CLASS ACTION COUNSEL shall be paid on contingency, meaning that all legal fees and expenses will be paid only if the case results in a judgment or settlement. I understand that CLASS COUNSEL shall be paid either through a common fund, or separately through a separate payment by defendant(s) or through a combination of the common fund and separate payment. I understand that CLASS ACTION COUNSEL will, in all cases, seek approval from the Court for all payment of fees and costs, and that I will be notified of such fee application, and that I will have the right to inform the Court of my approval or disapproval of the CLASS ACTION COUNSEL fee request.

C. If the Court determines CLIENT is not an adequate class representative and/or cannot represent a class or that the claims asserted cannot be maintained as a class action, and CLASS ACTION COUNSEL elects to proceed with CLIENT'S claims on an individual basis, CLIENT agrees to pay CLASS ACTION COUNSEL 40 percent of any successful recovery as contingency fees, unless there is a fee-shifting statute or other authority that permits the separate payment of fees to CLASS ACTION COUNSEL.  In such case, CLASS ACTION COUNSEL shall be entitled to receive the greater of the contingency fee referenced herein or the fee awarded by the Court.

## V. COSTS

CLIENT has been informed and agrees that CLASS ACTION COUNSEL henceforth will advance, on behalf of CLIENT and the Class, various costs and expenses in performing legal services for CLIENT and the Class under this Engagement, whether CLIENT's claims are pursued individually or on as a class action. These costs and expenses may include, but are not limited to, court fees, process server fees, court reporter fee copying costs, mail and delivery charges, airfare, lodging and meal expenses for any out-of-town travel, expert witness fees, transcripts, and costs for publication and/or mailing an postage for notice to class members. CLIENT understands that CLASS ACTION COUNSEL will attempt to recover all advanced costs and expenses from the defendant(s), and that such costs and expenses are sometimes awarded by the courts when an individual plaintiff or plaintiff class succeeds. CLIENT agrees, however, that if CLASS ACTION COUNSEL cannot recover all advanced costs and expenses from the defendant(s), then CLASS ACTION COUNSEL shall be entitled to reimbursement of all expenses and costs advanced on my behalf or on behalf of the Class by my attorneys from any proceeds recovered by me or the Class in the prosecution of this matter.  If Court approval is required, CLASS ACTION COUNSEL shall be entitled to request that the Court approve the reimbursement of said costs and expenses to CLASS ACTION COUNSEL from the total amount acquired on behalf of CLIENT and the Class.  For accounting purposes generally, I understand and agree that costs advanced by CLASS ACTION COUNSEL are advanced for the aggregate good of all plaintiffs, and that CLASS ACTION COUNSEL may consider such costs to have been advanced in equal amounts on behalf of all plaintiffs whose cases advance to settlement or trial.

## VI. CONTROL OF LITIGATION

CLIENT and CLASS ACTION COUNSEL shall, during the course of this Engagement, consult and make decisions necessary to direct the course and pursuit of CLIENT'S and the Class's claims.  CLIENT has been advised that if a claim is pursued on behalf of a plaintiff class, any settlement of the class claim must be approved by the Court. CLASS ACTION COUNSEL shall notify CLIENT promptly of the terms of any settlement offer received by CLASS ACTION COUNSEL.

## VII. DISCHARGE AND WITHDRAWAL

During the course of the case, we will continue to evaluate the progress of the case.  If in our professional judgment we determine that it would be unwise to proceed because of the circumstances of the case at any given time, we reserve the right to withdraw.  Similarly, you have the right to discharge us should you determine that for any reason you do not wish to continue the representation, subject to the provisions below.

CLIENT may discharge CLASS ACTION COUNSEL at any time. However, CLIENT has been advised that under some circumstances, discharge may require court approval and that if any of CLIENT'S claims are pursued as a class action and/or private attorney general claim, the court may not allow CLIENT to discharge CLASS ACTION COUNSEL in regard to the representation of other plaintiffs or the members of the class.  CLASS ACTION COUNSEL may withdraw from this Engagement subject to approval of the Court, if necessary.

If CLIENT decides to terminate this Agreement and to select other counsel at any stage, CLIENT agrees that CLASS ACTION COUNSEL shall be entitled to receive (if the matter proceeds to settlement or judgment in favor of the CLIENT and/or the Class) a reasonable pro rata share (based upon the status of the case and the work already performed on the case by CLASS COUNSEL at the time of termination) of any contingent or court-awarded fee recovered in the case by replacement counsel, if any. In the event of a dispute in this regard, CLIENT and CLASS ACTION COUNSEL agree that such dispute will be resolved by the presiding judge in the case.

## VIII. GOVERNING LAW

This Engagement Agreement shall be governed by, and interpreted in accordance with, the laws of the State of Florida.  If any provision of this Engagement Agreement is held invalid or unenforceable, the remainder of the Engagement Agreement shall remain in full force and effect and the invalid or unenforceable provision shall be recast, if possible, to make it valid, enforceable and consistent with the parties' original intentions.

## IX. AMENDMENT

This Engagement Agreement may not be amended or altered except by a written Agreement signed by CLIENT and CLASS ACTION COUNSEL.

## X. BINDING AGREEMENT

This Engagement Agreement shall be binding upon, and its benefits shall inure to, CLIENT and CLASS ACTION COUNSEL, their respective heirs, successors, legal representatives and assigns, as well as members of any plaintiff class certified by the Court.

I understand that the terms of this Agreement shall extend to any and all additional firms with which the lawyers may affiliate.  I further understand that any such additional firms that affiliate with my existing attorneys shall do so only upon the condition that they accept the terms set forth herein.

## XI. NO WARRANTY

Nothing in this Engagement Agreement shall constitute a representation or warranty by CLASS ACTION COUNSEL to CLIENT regarding the possibility of success in obtaining a recovery on the CLIENT'S claims or any other outcome, nor as to the amount of attorneys' fees and costs which may be incurred in representing CLIENT.  CLIENT

acknowledges that neither the CLASS ACTION COUNSEL, nor any of their attorneys or agents, have made any such representations or warranties.

## XII. NOVA

The parties to this Engagement Agreement acknowledge and agree that this Agreement supersedes all prior engagement agreements.

## XIII. COUNTERPARTS

This agreement can be executed by the parties on separate but identical counterparts.

04. 4- 2015
_____
Date

Carmelo E MarteLo
_____
Print Name

_____
Client's Signature

The above employment is hereby accepted by KELLEY/UUSTAL upon the terms and conditions stated above.

_____
KELLEY/UUSTAL

The above employment is hereby accepted by co-counsel, Jose Javier Rodriguez PA, upon the terms and conditions stated above, and it is agreed that co-counsel assumes joint legal responsibility to the client for the performance of the services in question.  Co-Counsel agrees to accept **25** % of the fee recovered by KELLEY/UUSTAL as compensation for Co-Counsel's legal services in this matter.

_____
Co-Counsel's Signature

*Rev: 6-2-2014*